**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00253-CV**
_____

**IN RE BAYTOWN APARTMENT GROUP LLC, D/B/A PORT ARTHUR TOWNHOMES, GURINDA SINGH AKHTAR, AMBERS CONSTRUCTION, LLC, AIR AKHTAR, LLC, AND JEFF AKHTAR**

_____

**Original Proceeding**
**136th District Court of Jefferson County, Texas**
**Trial Cause No. D206,018**
_____

**MEMORANDUM OPINION**

Relators Baytown Apartment Group LLC, d/b/a Port Arthur Townhomes, Gurinda Singh Akhtar, Ambers Construction, LLC, Air Akhtar, LLC, and Jeff Akhtar filed a petition for a writ of mandamus and a motion to stay all trial court proceedings while we consider the petition. *See* Tex. Gov't Code Ann. § 22.221(b); *see also* Tex. R. App. P. 52.10(a). Relators argue the trial court abused its discretion by denying Relators' no evidence motion for summary judgment and that they lack an adequate remedy by appeal because the case is still pending.

1

Mandamus relief is an extraordinary remedy that issues only to correct a clear abuse of discretion for which the relator has no adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). "[M]andamus is generally unavailable when a trial court denies summary judgment, no matter how meritorious the motion." *In re McAllen Med. Ctr., Inc.*, 275 S.W.3d 458, 465 (Tex. 2008) (orig. proceeding). One exception occurs when "the very act of proceeding to trial—regardless of the outcome—would defeat the substantive right involved." *In re Academy, Ltd.*, 625 S.W.3d 19, 32 (Tex. 2021) (orig. proceeding).

After considering the mandamus petition and appendix, we conclude that Relators have failed to establish that the trial court's order denying their motion for summary judgment constitutes an abuse of discretion from which there is no adequate remedy by appeal. We deny the petition for a writ of mandamus and motion for temporary relief. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on August 7, 2024
Opinion Delivered August 8, 2024

Before Golemon, C.J., Johnson and Wright, JJ.

2